IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01840-WYD-BNB

DAVID CLAY,
MATTHEW DEHERRERA,
LAMONT MORGAN,
WILLIAM LAFONTAINE, and
CYNTHIA SHAW-PIERCE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

JOE PELLE, in his official capacity as Boulder County Sheriff, and
LARRY R. HANK, in his official capacity as Administrator of the BCJ and Division Chief of the
Boulder County Sheriff Office,

Defendants.

---

## MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants' Motion to File Supplemental Answer** [docket no. 21, filed October 15, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept defendants' supplemental answer for filing.

DATED: October 18, 2010