**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   January 26, 2011 |
| E.C.R./Reporter:   Therese Lindblom | |

Civil Action No: **10-cv-01840-WYD-BNB**          Counsel:

**DAVID CLAY, et al.**,                                             Mark Silverstein
                                                                                  David C. Fathi
                    Plaintiffs,                                       Rebecca T. Wallace

v.

**JOE PELLE, et al.**,                                              Andrew R. MacDonald

                    Defendants.

**COURTROOM MINUTES**

**MOTION HEARING**

**2:09 p.m.**       Court in Session

                        APPEARANCES OF COUNSEL.

                        Court's opening remarks.

                        Plaintiffs' Motion to Certify Class and Appoint Class Counsel [doc. #2], filed
                        August 3, 2010, is raised for argument.

2:09 p.m.        Argument by Plaintiffs (Mr. Fathi).

2:21 p.m.        Argument by Defendants (Mr. MacDonald).

2:36 p.m.        Argument by Plaintiffs (Mr. Fathi).

2:44 p.m.        Argument by Defendants (Mr. MacDonald).

2:45 p.m.        Argument by Plaintiffs (Mr. Fathi).

**Exhibit(s) 1, 2, 3, 4, and 5 RECEIVED.**

**ORDERED:**   Plaintiffs' Motion to Certify Class and Appoint Class Counsel [doc. #2], filed August 3, 2010, is **TAKEN UNDER ADVISEMENT.**

**2:48 p.m.**    Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :39**