IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01840-WYD-BNB

DAVID CLAY,
MATTHEW DEHERRERA,
LAMONT MORGAN,
WILLIAM LAFONTAINE, and
CYNTHIA SHAW-PIERCE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

JOE PELLE, in his official capacity as Boulder County Sheriff, and
LARRY R. HANK, in his official capacity as Administrator of the BCJ and Division Chief of the Boulder County Sheriff Office,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants' Unopposed Motion for Leave to Take the Deposition of Boulder County Jail Inmates** [docket no. 33, filed February 24, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and pursuant to Fed.R.Civ.P. 30(a)(2)(B) defendants are allowed to take the depositions of inmates Vincent Abeyta, John A. Smith, George Rios, and Joshua Nemnich at their respective institutions of incarceration.

DATED: February 25, 2011