IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01840-WYD-BNB

DAVID CLAY;
MATTHEW DeHERRERA;
LAMONT MORGAN;
WILLIAM LaFONTAINE; and
CYNTHIA SHAW-PIERCE, on behalf of themselves and all others similarly situated,

    Plaintiff,

v.

JOE PELLE, in his official capacity as Boulder County Sheriff; and
LARRY R. HANK, in his official capacity as administrator of the Boulder County Jail and Division Chief of the Boulder County Sheriff Office,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The parties Joint Motion to Hold Case in Abeyance Pending Finalization of Settlement [ECF No. 41], filed March 21, 2011 is **GRANTED**.  Accordingly, the Preliminary Injunction Hearing set for Friday, April 15, 2011 is **VACATED** and all other deadlines and proceedings are stayed pending finalization of the settlement.

    Dated:  March 23, 2011