IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01840-WYD-BNB

DAVID CLAY;
MATTHEW DeHERRERA;
LAMONT MORGAN;
WILLIAM LaFONTAINE; and
CYNTHIA SHAW-PIERCE, on behalf of themselves and all others similarly situated,

    Plaintiff,

v.

JOE PELLE, in his official capacity as Boulder County Sheriff; and
LARRY R. HANK, in his official capacity as administrator of the Boulder County Jail and Division Chief of the Boulder County Sheriff Office,

    Defendants.

---

## **ORDER**

---

On April 27, 2011, the Parties filed a Joint Motion to Approve Settlement of Class Action and Entry of Stipulated Judgment and Order [ECF No. 49] which requested this Court approve a proposed settlement agreement, enter it as an order of the Court, and retain jurisdiction of this case for the purposes of enforcement of the settlement agreement.

In order to fully consider the class action settlement, a final fairness hearing is **SET** for **Wednesday, August 17, 2011 at 4:00 PM** to determine whether the terms and conditions provided for in the settlement are fair, reasonable, and adequate to the settlement class and whether such terms should be approved by the Court.  The Court may continue or adjourn the final fairness hearing without further notice to the members

of the settlement class.

Further, the Court approves the Notice to Boulder County Jail Prisoners, attached as Exhibit 2 to the Joint Motion for Approval of Settlement of Class Action and Entry of Stipulated Judgment and Order [ECF No. 49], with the additions noted below.

The notice shall also include the following (1) the hearing date set for **Friday, August 17, 2011 at 4:00 PM**; (2) that any objections should be sent to the United States District Court, Alfred A. Arraj Courthouse, 901 19th Street, Denver CO 80294; (3) that any objections should include the civil action case number 10-cv–01840-WYD-BNB; and (4) that any objections must be postmarked no later than **Monday, July 25, 2011** and no extensions will be granted.

The notice, with the additions above, meets the requirements of Federal Rule of Civil Procedure 23, is practicable under the circumstances and shall constitute due and sufficient notice to members of the class.  The notice shall be posted in a noticeable location in each of the pods within Boulder County Jail and shall be individually delivered to inmates who are in segregation, or otherwise do not have ready access to the location in which the notice is posted.  The notice shall be posted or otherwise delivered no later than **Monday, June 27**, **2011.**

Dated:  June 10, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge