IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01840-WYD-BNB

DAVID CLAY;
MATTHEW DeHERRERA;
LAMONT MORGAN;
WILLIAM LaFONTAINE; and
CYNTHIA SHAW-PIERCE, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

JOE PELLE, in his official capacity as Boulder County Sheriff; and
LARRY R. HANK, in his official capacity as administrator fo the Boulder County Jail and Division Chief of the Boulder County Sheriff Office,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Final Approval of Settlement of Class Action, filed on August 18, 2011, by the Honorable Wiley Y. Daniel, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that judgment is hereby entered in favor of Plaintiffs, David Clay; Matthew DeHerrera; Lamont Morgan; William LaFontaine; and Cynthia Shaw-Pierce, on behalf of themselves and all others similarly situated, and against Defendants, Joe Pelle, in his official capacity as Boulder County Sheriff; and Larry R. Hank, in his official capacity as administrator for the Boulder County Jail and Division Chief of the Boulder County Sheriff Office, as set forth in Exhibit 1 to Plaintiffs' Joint Motion for Approval of

Settlement of Class Action and Entry of Stipulated Judgment and Order.  Consistent with the parties' agreement and the Court's Order of August 18, 2011 Defendants shall pay $65,000.00 in attorneys fees and costs.

DATED at Denver, Colorado this 25th day of August, 2011.

FOR THE COURT:

GREGORY C. LANGHAM, CLERK


s/ Edward P. Butler
Edward P. Butler,
Deputy Clerk

APPROVED AS TO FORM:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE